Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:   10−31960
Chapter:   7
Judge:   John H. Squires

In Re:
   David M. Laz
   2110 Babst Ct
   Lisle, IL 60532

Social Security / Individual Taxpayer ID No.:
   xxx−xx−7199

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**


You are hereby notified that an Order Dismissing the above case was entered on August 27, 2010




                              FOR THE COURT



Dated: August 31, 2010                 Kenneth S. Gardner , Clerk
                                       United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0752-1        User: corrinal        Page 1 of 1         Date Rcvd: Aug 31, 2010
Case: 10-31960              Form ID: ntcdsm        Total Noticed: 20


The following entities were noticed by first class mail on Sep 02, 2010.
db          +David M. Laz,   2110 Babst Ct,   Lisle, IL 60532-2853
aty         +David M. Laz,   32 West Burlington Avenue,   Westmont, IL 60559-1878
tr          +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
15866931    +Adventist Hinsdale Hospital,   c/o Merchants Credit Guide,   PO Box 1259,   Oaks, PA 19456-1259
15867456    +Adventist Hinsdale Hospital,   PO Box 9247,   Oakbrook, IL 60522-9247
15867502    +Adventist Lagrange Hospital,   c/o Merchants Credit Guide,   223 W Jackson Blvd,
             Chicago, Il 60606-6908
15866930    +Benedictine University,   c/o General Revenue Corp,   11501 Northlake Dr,
             Cinncinnti, OH 45249-1669
15866929    +Chad M Shiffer,   c/o Schiff Gorman Kakljes,   1 E Wacker Ste 2850,   Chicago, IL 60601-1915
15867501    +Chase Bank,   c/o Encore Receivables Inc,   PO Box 3330,   Olathe, KS 66063-3330
15867039    +Dupage Pathology Assoc,   520 E 22nd st,   Lombard, IL 60148-6110
15867455    +Good Samaritan Hospital,   c/o ICS Collection Service,   PO Box 1010,
             Tinley Park, IL 60477-9110
15867503    +HES Memorial Hospital,   c/o KCA Financial Services Inc,   PO Box 53,   Geneva, IL 60134-0053
15867037    +HLG Anes Associates LLC,   Dept 4402,   Carol Stream, IL 60122-0001
15867035    +Illinois Tollway,   PO Box 5201,   Lisle, Il 60532-5201
15867457    +MedClr Inc,   c/o Assetcare Inc,   PO Box 15380,   Wilmington, DE 19850-5380
15867038    +Medical Business Bureau,   PO Box 1219,   Park Ridge, IL 60068-7219
15867459    +NCO Financial Systems,   c/o Merchants Credit Guide Co,   223 W Jackson Blvd,
             Chicago, Il 60606-6908
15866928     Ocwen Mortgage,   PO Box 785057,   Orlando, FL 32878-5057

The following entities were noticed by electronic transmission on Aug 31, 2010.
15867504    +E-mail/Text: legalcollections@comed.com                       Comed,   PO Box 6111,
             Carol Stream, IL 60197-6111
15867505    +E-mail/Text: bankrup@nicor.com                      Nicor,   PO Box 0632,
             Aurora, IL 60507-0632
                                                                              TOTAL: 2


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15867458     At&T Wireless,   c/o Allied Interstate,   PO Box 361774
15866932     ICS Collection Services
15867036    ##+Resident Data,   PO Box 850118,   Richardson, TX 75085-0118
                                                                    TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2010**          **Signature:**  _Joseph Speetjens_